JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JENEILA RUIZ SALVADOR,

           Petitioner,

      v.

FERETI SEMAIA, et al.,

           Respondents.

Case No. 5:26-cv-02455-PD

**JUDGMENT**

**A# 099-388-151**

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is granted as to Count One and Count Two is dismissed without prejudice.

DATED: July 2, 2026

_Patricia Donahue_
_____
Patricia Donahue
United States Magistrate Judge